IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. LEE and LINDA BIANCUR; LA RUE W. BEAN, ALLEN J. MURPHY, and ROBERT and GAIL SCHLENZIG, On Behalf Of Themselves And All Others Similarly Situated,<br><br>              Plaintiffs,<br><br>   v.<br><br>JOHN A. HICKEY, MAMIE TANG, PILLSBURY MADISON & SUTRO, ZRENDA, DUNN & SWAN, and D.E. FREY, A Broker-dealership And Member Of The National Association Of Securities Dealers, On Behalf Of Itself And As A Representative Of A Class Of Broker Dealers;<br><br>              Defendants | No. C 95-02145 WHA<br><br>**ORDER FOR RENEWAL OF JUDGMENT** |

Plaintiffs have filed applications for renewal of judgment against defendants Mamie Tang and John Hickey. Based upon the entry of judgment against defendant Tang on April 11, 2000, and against defendant Hickey on June 29, 2000, the timely filing of the applications, and for good cause shown, plaintiffs' applications for renewal of judgment are **GRANTED.**

Judgment is entered in favor of plaintiffs against defendant Tang in the amount of $33,195,848.51 and against defendant Hickey in the amount of $15,241,827.57.

**IT IS SO ORDERED.**

Dated: April 19, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE