IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. LEE and LINDA BIANCUR; LA RUE W. BEAN, ALLEN J. MURPHY, and ROBERT and GAIL SCHLENZIG, On Behalf Of Themselves And All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOHN A. HICKEY, MAMIE TANG, PILLSBURY MADISON & SUTRO, ZRENDA, DUNN & SWAN, and D.E. FREY, A Broker-dealership And Member Of The National Association Of Securities Dealers, On Behalf Of Itself And As A Representative Of A Class Of Broker Dealers;<br><br>    Defendants<br>                                 / | No. C 95-02145 WHA<br><br>**ORDER OF REFERRAL<br>TO MAGISTRATE JUDGE** |

    All matters related to post-judgment collections, including the pending application for order to appear for examination, are hereby referred to a magistrate judge. The pending application will be heard and considered at the convenience of the magistrate judge's calendar. Counsel will be advised of the date, time and place of the hearing by notice from the magistrate judge's chambers.

    **IT IS SO ORDERED.**

Dated: August 2, 2010.

                                                      WILLIAM ALSUP<br>
                                                      UNITED STATES DISTRICT JUDGE