Joseph J. Tabacco, Jr. (SBN 75484)
Christopher T. Heffelfinger (SBN 118058)
Anthony D. Phillips (SBN 259688)
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6282
Email: jtabacco@bermandevalerio.com
       cheffelfinger@bermandevalerio.com
       aphillips@bermandevalerio.com

Lead Counsel for the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. LEE and LINDA BIANCUR; LA RUE W. BEAN; ALLEN J. MURPHY; and ROBERT and GAIL SCHLENZIG; on Behalf of Themselves and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN A. HICKEY; MAMIE TANG; PILLSBURY MADISON & SUTRO; HICKEY, DUNN & SWAN; and D.E. FREY, A Broker-dealership and Member of the National Association of Securities Dealers, on Behalf of Itself and as a Representative of a Class of Broker Dealers,<br><br>Defendants. | No. 95-CV-02145-WHA<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER COMMANDING DEFENDANT MAMIE TANG TO APPEAR FOR A JUDGMENT DEBTOR'S EXAMINATION AND TO COMPLETE AND SUBMIT JUDGMENT DEBTOR QUESTIONNAIRE<br><br>Judge: Hon. James Larson |

[No. 95-CV-02145-WHA] [PROP] ORDER COMMANDING DEF. MAMIE TANG TO COMPLETE
J. DEBTOR QUESTIONNAIRE & TO APPEAR FOR A J. DEBTOR'S EXAMINATION

1    Having considered the *ex parte* papers filed by Plaintiffs and judgment creditors for an
2    Order commanding defendant Mamie Tang ("Tang") to appear for a judgment debtor's
3    examination and to complete and submit a Judgment Debtor Questionnaire, filed on April 21,
4    2011, and having considered all papers filed and proceedings conducted herein and for good
5    cause shown,

6    **IT IS HEREBY ORDERED THAT:**

7    Plaintiffs and judgment creditors' *Ex Parte* Application for an Order Commanding
8    Defendant Mamie Tang to Complete and Submit a Judgment Debtor Questionnaire and to
9    Appear for a Judgment Debtor's Examination ("Application") is **GRANTED**.
10   DEFENDANT TANG IS HEREBY ORDERED to appear personally on May 25, 2011
11   at 9:30 a.m. to furnish information to aid in enforcement of the money judgment against Tang
12   in the above-captioned case (the "Examination"), at the following address:

13   **United States District Court for the Northern District of California**
     **450 Golden Gate Avenue, Courtroom F, 15th Floor,**
14   **San Francisco, CA 94102**

15   Subject to the supervision of the Court, Plaintiffs' counsel shall conduct the
16   Examination. Plaintiffs' counsel shall arrange for and bear the cost of a court reporter to attend
17   and stenographically record the examination.

18   The following notice is also hereby given, in accordance with California's Enforcement
19   of Judgments Law (CAL. CODE OF CIV. P. § 708.110(e)):

20   **NOTICE TO JUDGMENT DEBTOR. If you fail to appear at the time**
21   **and place specified in this Order, you may be subject to arrest and**
22   **punishment for contempt of court and the Court may make an order**
23   **requiring you to pay the reasonable attorneys' fees incurred by the judgment**
24   **creditor in this proceeding.**

25   IT IS FURTHER ORDERED that, no later than May 13, 2011, defendant Tang will
26   complete, execute under penalty of perjury, and deliver to Plaintiffs' counsel at the address
27   listed below, the form of Judgment Debtor Questionnaire attached hereto as Exhibit A (the
28

[No. 95-CV-02145-WHA] [PROP] ORDER COMMANDING DEF. MAMIE TANG TO COMPLETE
J. DEBTOR QUESTIONNAIRE & TO APPEAR FOR A J. DEBTOR'S EXAMINATION                         1

"Questionnaire"). Defendant Tang will complete the Questionnaire fully and accurately and under penalty of perjury.

The address to which Tang must submit the completed and executed Questionnaire is:

> Berman DeValerio
> One California Street, Suite 900
> San Francisco CA 94111

**IT IS SO ORDERED.**

DATED: 5-3-11

HONORABLE JAMES LARSON
UNITED STATES DISTRICT COURT JUDGE