IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. LEE and LINDA BIANCUR, LA RUE W. BEAN, ALLEN J. MURPHY, and ROBERT and GAIL SCHLENZIG, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOHN A. HICKEY, MAMIE TANG, PILLSBURY MADISON & SUTRO, ZRENDA, DUNN & SWAN, and D.E. FREY, A broker-dealership and member of the National Association of Securities Dealers, on behalf of itself and as a representative of a class of broker dealers,<br><br>    Defendants.<br>                                             / | No. C 95-02145 WHA<br><br>**ORDER REGARDING LETTER RECEIVED** |

    The Court is in receipt of a letter from Ned L. Huwatschek inquiring about future disbursements in this action. All matters related to post-judgment collections were referred to Magistrate Judge Jacqueline Scott Corley. Thus, Magistrate Judge Corley will respond to Mr. Huwatschek's inquiry. The **CLERK** shall send a copy of this order to Mr. Huwatschek.

**IT IS SO ORDERED.**

Dated: April 23, 2012.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE