IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BIANCUR, et al.,<br><br>  Plaintiffs,<br><br>   v.<br><br>JOHN HICKEY, et al.,<br><br>  Defendants. | Case No. C95-CV-02145-WHA (JSC)<br><br>**ORDER RE: LETTER FROM NED HUWATSCHEK (DKT. NO. 503)** |

The Court is in receipt of a letter from Ned L. Huwatschek dated March 31, 2012. (Dkt. No. 503.) Mr. Huwatschek appears to be a class member with a question regarding disbursement of proceeds.

Mr. Huwatschek is advised to direct his questions to lead Plaintiffs' counsel, Joseph L. Tabacco, Jr., Christopher T. Heffelfinger, and Anthony D. Phillips, of Berman DeValerio, One California Street, Suite 900, San Francisco, CA 94111, and phone number 800-516-9926. Lead Plaintiffs' counsel shall also endeavor to contact Mr. Hutwatschek and answer his questions. Should any matters remain unresolved after Mr. Hutwatschek communicates with lead Plaintiffs' counsel, he shall direct shall inquiries in writing to the undersigned judge.

**IT IS SO ORDERED.**

Dated: April 23, 2012

                                                                     *Jacqueline S. Corley*
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE