1

2

3

4

5

6

7

8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| A. LEE and LINDA BIANCUR; LA RUE W. BEAN; ALLEN J. MURPHY; and ROBERT and GAIL SCHLENZIG; on Behalf of Themselves and all Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>JOHN A. HICKEY; MAMIE TANG; PILLSBURY MADISON & SUTRO; HICKEY, DUNN & SWAN; and D.E. FREY, A Broker-dealership and Member of the National Association of Securities Dealers, on Behalf of Itself and as a Representative of a Class of Broker Dealers,<br><br>                    Defendants. | No. 95-CV-02145-WHA (JSC)<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER COMMANDING DEFENDANT JOHN A. HICKEY TO COMPLETE AND SUBMIT JUDGMENT DEBTOR QUESTIONNAIRE AND TO APPEAR FOR A JUDGMENT DEBTOR'S EXAMINATION** |

22

23

24

25

26

27

28

1    Having considered the *ex parte* papers filed by Plaintiffs and judgment creditors for an

2  Order commanding defendant John A. Hickey ("Hickey") to appear for a judgment debtor's

3  examination and to complete and submit a Judgment Debtor Questionnaire, filed on

4  August 7, 2014, and having considered all papers filed and proceedings conducted herein and

5  for good cause shown,

6    **IT IS HEREBY ORDERED THAT:**

7    Plaintiffs and judgment creditors' *Ex Parte* Application for an Order Commanding

8  Defendant John A. Hickey to Complete and Submit a Judgment Debtor Questionnaire and to

9  Appear for a Judgment Debtor's Examination ("Application")  is **GRANTED**.

10    DEFENDANT   HICKEY   IS   HEREBY   ORDERED   to   appear   personally   on

11  **September 5, 2014 at 10:00 a.m.** to furnish information to aid in enforcement of the money

12  judgment against Hickey in the above-captioned case (the "Examination"), at the following

13  address:

14    **United States District Court for the Northern District of California**
   **450 Golden Gate Avenue, Courtroom F, 15th Floor,**
15  **San Francisco, CA 94102**

16    Subject to the supervision of the Court, Plaintiffs' counsel shall conduct the

17  Examination.  Plaintiffs' counsel shall arrange for and bear the cost of a court reporter to attend

18  and stenographically record the examination.

19    The following notice is also hereby given, in accordance with California's Enforcement

20  of Judgments Law (Cal. Civ. Proc. Code § 708.110(e)):

21    **NOTICE TO JUDGMENT DEBTOR.  If you fail to appear at the time**

22  **and place specified in this Order, you may be subject to arrest and**

23  **punishment for contempt of court and the Court may make an order**

24  **requiring you to pay the reasonable attorney's fees incurred by the judgment**

25  **creditor in this proceeding.**

26    **IT IS FURTHER ORDERED** that, no later than August 27, 2014, defendant Hickey

27  will complete, execute under penalty of perjury, and deliver to Plaintiffs' counsel at the address

28

listed below, the form of Judgment Debtor Questionnaire attached hereto as Exhibit A (the "Questionnaire").  Defendant Hickey will complete the Questionnaire fully and accurately and under penalty of perjury.

The address to which Hickey must submit the completed and executed Questionnaire is:

Berman DeValerio
One California Street, Suite 900
San Francisco CA 94111.

**IT IS SO ORDERED**.

DATED: August 14, 2014

HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT A

## JUDGMENT DEBTOR QUESTIONNAIRE

This statement is to be completed by the judgment debtor.  If in business as a sole proprietor, partner, family farmer, or self-employed professional, the judgment debtor should provide the information requested on this statement concerning all such activities, as well as personal affairs.[1]

If the answer to a question is "None," or the question is not applicable, state "None."  If additional space is needed for the answer to any question, attach a separate sheet properly identified with the case name, case number, and the number of the question.  All responses submitted in answer to this questionnaire, whether on the form provided or on a separate sheet of paper or any other supplemental form are made under penalty of perjury under the laws of the United States and the State of California.

## I.    JUDGMENT DEBTOR INFORMATION

1.    Name of judgment debtor:    _____

2.    Address of judgment debtor:    _____

3.    Judgment debtor's date of birth;    _____

4.    Judgment debtor's Social Security number:    _____

5.    Judgment debtor's Driver's License number:    _____

6.    Judgment debtor's occupation:    _____

7.    Is the judgment debtor employed by someone else? _____  If so, give name, address and phone number of employer and judgment debtor's salary or income: _____

_____

8.    Is the judgment debtor self-employed? _____  If so, give name, address and phone number of business and judgment debtor's salary or income: _____

_____

_____

9.    Is the judgment debtor married? _____  If so, give spouse's full name (including any maiden name, if applicable): _____

_____

10.    Was the judgment debtor married before his or her current marriage? _____  If so, give the name and address of each former spouse, the date of marriage and the date of divorce or death: _____

_____

_____

---

[1] "In business" means the judgment debtor is or has been, within the two years preceding August 27, 2014, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

11.   Is the judgment debtor a partner in a domestic partnership or civil union registered or formed in California, another state or another country? _____   If so, give the partner's full name (including any alias), the date the domestic partnership was registered or formed and the state or country of registration or formation:

_____

_____

12.   Was the judgment debtor a partner in a previous domestic partnership or civil union? _____   If so, give the name and address of each former partner, the date of registration or formation of the domestic partnership or civil union and the date of divorce, termination or death: _____

_____

_____

13.   Does the judgment debtor have any children? _____   If so, give the name, age and address of each: ____

_____

_____

_____

14.   Does the judgment debtor live in a home? _____   If so, who owns it? _____

_____

_____

15.   Does the judgment debtor have any boarders or tenants? _____   If so, give the name and address of each and the amount of rent or other consideration paid each month: _____

_____

_____

16.   Has the judgment debtor filed a federal or state income tax return for each of the last five years? _____ If so, provide copies of each tax return with your response.


## II.   FINANCIAL STATEMENT

**1.   Income from employment or operation of business**

State the gross amount of income the judgment debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to August 27, 2014.  State also the gross amounts received during the two years immediately preceding this calendar year.

| AMOUNT | SOURCE (if more than one) |
|---|---|
|  |  |
|  |  |
|  |  |

**2.      Income other than from employment of operation of business**

State the amount of income received by the judgment debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding August 27, 2014.

| AMOUNT | SOURCE (if more than one) |
|---|---|
| | |
| | |

**3.      Suits and administrative proceedings, executions, garnishment and attachments**

List all suits and administrative proceedings to which the judgment debtor is or was a party within one year preceding August 27, 2014.

| CAPITON OF SUIT OR CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**4.      Gifts**

List all gifts or charitable contributions made by the judgment debtor within one year preceding to August 27, 2014, except ordinary and usual gifts to family members aggregating less than $200 in value per individual and charitable contributions aggregating less than $100 per recipient.

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**5.      Losses**

List all losses from fire, theft, other casualty or gambling within one year preceding August 27, 2014.

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTIONS OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| | | |
| | | |
| | | |

3

**6.      Other transfers**

List all other property, other than property transferred in the ordinary course of business or financial affairs of the debtor, transferred either absolutely or as security within one year preceding August 27, 2014.

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**7.      Closed financial accounts**

List all financial accounts and instruments held in the name of the judgment debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year preceding to August 27, 2014.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

///
///
///

4

8.     **Safe deposit boxes**

List each safe deposit box or other box or depository in which the judgment debtor has or had securities, cash, or other valuables or has had access to within one year preceding August 27, 2014.

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO THE BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

9.     **Property held by another person**

List all property held by another person that the judgment debtor owns or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| | | |
| | | |
| | | |

10.    **Prior address(es) of judgment debtor**

If the debtor has moved within the two years immediately preceding August 27, 2014, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| | | |
| | | |
| | | |

///
///
///

5

**11.     Name, location and nature of business**

Please list the names and addresses of all businesses in which the judgment debtor is, or has been, an officer, director, partner or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional, within two years immediately preceding August 27, 2014, or in which the judgment debtor owned five percent (5%) or more of the voting or equity securities within the two years preceding August 27, 2014.

| NAME | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES OF OPERATION |
|------|---------|--------------------|-----------------------------------------|
|      |         |                    |                                         |
|      |         |                    |                                         |

**12.     Books, records and financial statements**

a.     List all bookkeepers and accountants who within the six years preceding August 27, 2014, kept or supervised the keeping of the judgment debtor's books of account and records.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
|                  |                         |
|                  |                         |
|                  |                         |

b.     List all firms or individuals who within the two years preceding August 27, 2014, have audited the books of account and records, or prepared a financial statement for the judgment debtor.

| NAME | ADDRESS | DATES AND SERVICES RENDERED |
|------|---------|-----------------------------|
|      |         |                             |
|      |         |                             |
|      |         |                             |

c.     List all firms or individuals who as of August 27, 2014, were in possession of the judgment debtor's books of account and records and where such books of accounts and records are located.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
|      |         |
|      |         |
|      |         |

d.      List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years preceding August 27, 2014.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
|  |  |
|  |  |
|  |  |

## 13.     Inventories

a.      List the dates of the last two inventories taken of the judgment debtor's property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

b.      List the name and address of the person having possession of the records of each of the two inventories reported in (a.), above.

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
|  |  |
|  |  |
|  |  |

## 14.     Current partners, officers, directors and shareholders

a.      If the judgment debtor is a partner, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

b.      If the judgment debtor is a shareholder in a statutory close corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds five percent (5%) or more of the voting securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**15.      Debts owed to Judgment Debtor**

Does anyone owe the judgment debtor money? _____ If so, furnish complete details: ___
_____
_____
_____

**16.      Bankruptcy**

Has the judgment debtor ever filed for bankruptcy? _____ If so, furnish complete details: ___
_____
_____

///
///
///

8

## III.    INTERESTS IN PROPERTY

**A.    Real Property**.  List <u>all</u> real property in which the judgment debtor has any legal, equitable, or future interest, including all property owned by a co-tenant, community property, or in which the judgment debtor has a life estate.  Include any property in which the judgment debtor holds rights or property exercisable for the judgment debtor's own benefit.  If the judgment debtor is married, state whether the husband, wife, or both of them own the property by placing an "H," "W," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the judgment debtor holds no interest in real property, write "None" under "Description and Location of Property." If any entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

| DESCRIPTION AND LOCATION OF REAL PROPERTY | NATURE OF DEBTOR'S INTEREST IN REAL PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF JUDGMENT DEBTOR'S INTEREST IN PROPERTY (WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION) | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**B.    Personal Property**.  List all of the judgment debtor's personal property of whatever kind, itemize and give particulars for each category.  If the judgment debtor has no property in one or more of the categories, state "None."

1.    Cash on hand.

_____

_____

_____

2.    Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives

_____

_____

_____

3.    Security deposits with public utilities, telephone companies, landlords, and others.

_____

_____

_____

9

4.      Household goods and furnishings, including audio, video, and computer equipment.

_____

_____

_____


5.      Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles.

_____

_____

_____


6.      Furs and jewelry.

_____

_____

_____


7.      Annuities.  Itemize and name each insurer.

_____

_____

_____


8.      Interests in IRA, ERISA, Keogh, or other pension or profit sharing plan.

_____

_____

_____


9.      Firearms, sports, photographic, and/ other hobby equipment.

_____

_____

_____


10.     Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each.

_____

_____

_____


11.     Stock and interests in incorporated and unincorporated businesses.

_____

_____

_____

12.     Interests in partnerships or joint ventures.

_____
_____
_____


13.     Government and corporate bonds and other negotiable and non-negotiable instruments.

_____
_____
_____


14.     Accounts receivable.

_____
_____
_____


15.     Alimony, maintenance, support, and property settlements to which the judgment debtor is or may be entitled.

_____
_____
_____


16.     Other liquidated debts owing debtor including tax refunds.

_____
_____
_____


17.     Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property.

_____
_____
_____


18.     Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust.

_____
_____
_____


19.     Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each.

_____
_____
_____

11

20.     Patents, copyrights, and other intellectual property.

_____
_____
_____


21.     Licenses, franchises, and other general intangibles.

_____
_____
_____


22.     Automobiles, trucks, trailers, and other vehicles and accessories.

_____
_____
_____


23.     Boats, motors and accessories.

_____
_____
_____


24.     Aircraft and accessories.

_____
_____
_____


25.     Office equipment, furnishings, and supplies.

_____
_____
_____


26.     Machinery, fixtures, equipment and supplies used in business.

_____
_____
_____


27.     Inventory.

_____
_____
_____

"

4:0   Cpko cnu0'

"  "  "  "  "  "  "  "  "  "  "  "  "  "

"

4;0   Etqru"/"i tqy kpi "qt'j ctxguvgf0""

"

520   Hcto kpi "gs wkro gpv'cpf "ko r ngo gpvu0'

"

530   Hcto "uwr r nkgu."ej go kecnu."cpf "hggf0'

"

540   Qvj gt'r gtuqpcn'r tqr gtv{"qh'cp{"mkpf"pqv'cntgcf {"ukuvgf 0'

"

Kf gcnctg"wpf gt'r gpcnv{"qh'r gtlwt{'r wtuwcpv'vq'vj g"ncy u'qh'vj g"Wpkvgf "Uvcvgu'qh'Co gtkec'cpf "vj g"Uvcvg'qh' Ecnkhqtpkc"vj cv'vj g"hqtgi qkpi "tgur qpugu."cpf "cp{"uwr r ngo gpv'lcvgo gpvu'uvdo kwgf "eqpewttgpvn{'gtgy kyj .'ctg' vtwg"cpf "eqttgev0'

"

Gzgewgf "cv'aaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaa"qp'aaaaaaaaaaaa0'

"

"  "  "  "  "  "        aaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaa"
"  "  "  "  "  "        Lwf i o gpv'F gdvqt"

"

"  "  "  "  "  "        aaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaa"
"  "  "  "  "  "        *RT RP V'P CO G+"