ALEX G. TSE (CABN 132612)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ROBIN L. HARRIS (CABN 123364)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7016
    Fax: (415) 436-7234
    Robin.Harris2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| A. LEE AND LINDA BIANCUR; LA RUE W. BEAN; AND ROBERT AND GAIL SCHLENZIG; ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br> v.<br><br>JOHN HICKEY; MAMINE TANG; PILLSBURY MADISON & SUTRO; HICKEY, DUNN & SWAN; AND D.E. FREY, A BROKER-DEALSHIP AND MEMBER OF THE NATIONAL ASSOCIATION OF SECURITIES DEALERS, ON BEHALF OF ITSELF AND AS A REPRESENTATIVE OF A CLASS OF BROKER DEALERS,<br><br>    Defendants. | CASE NO. CV 95-02145 WHA<br><br>**UNITED STATES' RESPONSE TO COURT'S REQUEST** |

United States' Response to Court's Request
Case No. CV 95-02145 WHA

1  The United States is amendable to class counsel's proposal to send $4,225.00 to Mr. Hickey's criminal restitution fund.

Dated: June 28, 2018

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

_____/s/_____
ROBIN L. HARRIS
Assistant United States Attorney