UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| A. LEE and LINDA BIANCUR; LA RUE W. BEAN; ALLEN J. MURPHY; and ROBERT and GAIL SCHLENZIG; on Behalf of Themselves and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN A. HICKEY; MAMIE TANG; PILLSBURY MADISON & SUTRO; HICKEY, DUNN & SWAN; and D.E. FREY, A Broker-dealership and Member of the National Association of Securities Dealers, on Behalf of Itself and as a Representative of a Class of Broker Dealers,<br><br>Defendants. | No. 95-CV-02145-WHA (JSC)<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER ON MOTION FOR DISTRIBUTION OF REMAINING CLASS SETTLEMENT FUNDS**<br><br>Ctrm: 12, 19th Floor<br>Honorable William H. Alsup |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Motion for Distribution of Remaining Class Settlement Funds in this matter was |
| 3 | submitted to this Court July 12, 2018 without oral argument. |
| 4 | Having considered the moving papers filed in support of Plaintiffs' motion, and good |
| 5 | cause appearing, |
| 6 | IT IS ORDERED that Plaintiffs Motion for Distribution of Remaining Class Settlement |
| 7 | Funds is GRANTED. The Court authorizes the residual settlement funds to be sent to |
| 8 | Mr. Hickey's restitution fund in his criminal matter, *U.S. v. Hickey*, No. 3:97-cr-00218-WHA. |

DATED: July 5, 2018.

HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE